**ORIGINAL**

PROB. 12B
(7/93)

United States District Court

for the

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 4 2006

at  3 o'clock and 10 min. P M
SUE BEITIA, CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ZENAIDA PENA            Case Number: CR 03-00509HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 6/21/2004

Original Offense:   <u>Counts 1 through 3</u>: Bank Fraud, in violation of 18 U.S.C. § 1344, Class B felonies

Original Sentence:  On 6/21/2004, the offender was sentenced to eighteen months of imprisonment as to each of Counts 1, 2, and 3 of the Information, with all terms to be served concurrently, followed by five years supervised release as to each of Counts 1, 2, and 3 of the Information, with all terms to be served concurrently. The following special conditions were also ordered: 1) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; and 2) That restitution of $113,055.34 is due immediately to Hawaii USA Federal Credit Union, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived.

<u>Type of Supervision: Supervised Release   Date Supervision Commenced: 11/23/2005</u>

**PETITIONING THE COURT**

[ ✓ ]   To modify the conditions of supervision as follows:

   *Special Condition No. 3:*   That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to

Prob 12B
(7/93)

2

*submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.*

## CAUSE

The offender's term of supervised release commenced in this district on 11/23/2005.

In April 2006, the offender inquired whether she could relocate to Las Vegas, Nevada, because her husband's employment with Ford Motor Credit was being transferred to Las Vegas.

In May 2006, this officer consulted with the U.S. Probation Office, District of Nevada, regarding the offender's relocation request. This officer was advised that as a condition of her relocation, the offender would need to agree to a special condition for a search. In this regard, on 7/24/2006, the offender executed a Waiver of Hearing to Modify Conditions of Supervised Release (Probation Form 49) to include the search condition.

The U.S. Probation Office, District of Hawaii, will maintain jurisdiction in this case until transfer is requested by the District of Nevada. At this time, this district does not object to the modification to include the agreed upon special condition as requested.

The request for modification will allow the District of Nevada to accept the offender for supervision. It will also allow the offender to reside with her husband upon his transfer in late August 2006.

Please be advised, the offender is entitled to a hearing and counsel before this new condition is imposed. Attached is the signed Probation Form 49 indicating that the offender has waived these rights. Her attorney, William M. Domingo, and Assistant

Prob 12B
(7/93)

3

U.S. Attorney William L. Shipley, have been notified by this officer of this request, and both expressed no objection to the modification.

Respectfully submitted by,

*[signature]*

DEREK M. KIM
Senior U.S. Probation Officer

Approved by:

*[signature]*

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 8/1/2006

---

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*

HELEN GILLMOR
Chief U.S. District Judge

8-3-06
Date

PROB 49
(3/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]   To extend the term of supervision for  years, for a total term of  years.
[✓]   To modify the conditions of supervision as follows:

**Special Condition No. 3:**   That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Witness: _____
DEREK M. KIM
Senior U.S. Probation Officer

Signed: _____
ZENAIDA PENA
Supervised Releasee

7/24/06
Date